1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

JENNIFER HARWAY, individually and  )
12  on behalf of others similarly      )        2:07-cv-760-GEB-DAD
situated,                          )
13                                     )
            Plaintiff,             )
14                                     )
        v.                         )        NON-RELATED CASE ORDER
15                                     )
HERTZ LOCAL EDITION CORPORATION,   )
16                                     )
            Defendant.             )
17  _____)
                                       )
18  ORLANDO BACA, individually and     )
on behalf of others similarly      )        2:07-cv-1217-LEW-KJM
19  situated,                          )
                                       )
20             Plaintiff,             )
                                       )
21        v.                         )
                                       )
22  HERTZ LOCAL EDITION CORPORATION;   )
BILL DONAT; JULIE ASHLEY; and      )
23  DOES 1 through 100, inclusive,     )
                                       )
24             Defendants.            )
_____)
25

26         Since it has not been shown in the notice of related case

27  document filed in the above-captioned actions on June 21, 2007, that

28

1

these actions are related within the meaning of Local Rule 83-123, the
actions will not be related at this time.

Dated:  August 10, 2007

 

 

GARLAND E. BURRELL, JR.
United States District Judge